No. 495. THROPP *v.* FARNUM ET AL. United States Court of Appeals for the District of Columbia Circuit. Motion to strike respondents' brief denied. Certiorari denied. *Earl J. Lombard* for petitioner. *Arthur G.*

924

*Lambert* and *John Holt Myers* for Farnum et al., respondents.